IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEY McKEE, | No. 4:23-CV-00113 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| D. DURST and M. KNAPP, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of October 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' unopposed motion (Doc. 76) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against plaintiff Jamey McKee as to all claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge